124 A.3d 735

Alejandro DeJESUS, Petitioner

v.

COURT OF COMMON PLEAS OF LANCASTER
COUNTY, Respondent.

No. 136 MM 2015.

Supreme Court of Pennsylvania.

Oct. 29, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**